IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANNETTE Y. JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and CHARTIS, INC.,<br><br>        Defendants. | 4:11-CV-3129<br><br>**ORDER EXTENDING BRIEF DEADLINE** |

    This matter came before the Court on the 13th day of February, 2012, on the defendants' unopposed Motion for Extension of Briefing Deadlines of Parties. The defendants' motion is granted. The parties may file responses to the pending motions for summary judgment on or before March 13, 2012, and reply briefs may be filed on or before March 23, 2012, after which the pending Motions for Summary Judgment shall be deemed ripe for resolution.

    Dated this 13th day of February, 2012.

                                        *s/John M. Gerrard*
                                        United States District Judge